■   F. W. WOOLWORTH COMPANY, Respondent, v. COMMISSION OF TAXATION & ASSESSMENT OF THE CITY OF PLATTSBURGH, Appellant. S. S. KRESGE COMPANY, Respondent, v. COMMISSION OF TAXATION & ASSESSMENT OF THE CITY OF PLATTSBURGH, Appellant. VERDUN RADIO CENTRE, INC., Respondent, v. COMMISSION OF TAXATION & ASSESSMENT OF THE CITY OF PLATTSBURGH, Appellant.— Decision of this court dated November 7, 1966 [26 A D 2d 759], rescinded and motion for reargument or, in the alternative, for permission to appeal to the Court of Appeals, denied, without costs. Gibson, P. J., Herlihy, Aulisi and Staley, Jr., JJ., concur.

## (December 19, 1966)

■   In the Matter of THE HOUSE OF SEAGRAM, INC., Respondent, v. STATE LIQUOR AUTHORITY, Appellant.— Motion to vacate stay of enforcement of judgment pending appeal denied, without costs. Respondent has not demonstrated irreparable injury. Gibson, P. J., Herlihy, Reynolds, Aulisi and Staley, Jr., JJ., concur.